No. D–661. IN RE DISBARMENT OF SULLIVAN. It is ordered that Arthur J. Sullivan, of Wilmington, Del., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–662. IN RE DISBARMENT OF VAVRIK. It is ordered that Robert J. Vavrik, of McHenry, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 86–935. REGENTS OF THE UNIVERSITY OF CALIFORNIA v. PUBLIC EMPLOYMENT RELATIONS BOARD ET AL. Ct. App. Cal., 1st App. Dist. [Probable jurisdiction noted, 483 U. S. 1004.] Motion of National Education Association et al. for leave to file a brief as *amici curiae* granted.

No. 86–1013. LYNG, SECRETARY OF AGRICULTURE, ET AL. v. NORTHWEST INDIAN CEMETERY PROTECTIVE ASSN. ET AL. C. A. 9th Cir. [Certiorari granted, 481 U. S. 1036.] Motion of respondents for leave to file out-of-time motion for divided argument denied.

No. 86–1992. IMMIGRATION AND NATURALIZATION SERVICE v. PANGILINAN ET AL.; and

No. 86–2019. IMMIGRATION AND NATURALIZATION SERVICE v. MANZANO. C. A. 9th Cir. [Certiorari granted, *ante*, p. 814.] Motion of the Solicitor General to dispense with printing the joint appendix granted.

No. 87–205. ALASKA MINERS ASSN. v. TRUSTEES FOR ALASKA ET AL. Sup. Ct. Alaska;

No. 87–206. ALASKA v. TRUSTEES FOR ALASKA ET AL. Sup. Ct. Alaska;

No. 87–371. TRUSTEES FOR ALASKA ET AL. v. ALASKA ET AL. Sup. Ct. Alaska; and

No. 87–482. EASTER SEAL SOCIETY FOR CRIPPLED CHILDREN & ADULTS OF LOUISIANA, INC. v. PLAYBOY ENTERPRISES, INC., ET AL. C. A. 5th Cir. The Solicitor General is invited to file briefs in these cases expressing the views of the United States.

No. 87–453. AMERADA HESS CORP. ET AL. v. DIRECTOR, DIVISION OF TAXATION, NEW JERSEY DEPARTMENT OF THE TREASURY; and